IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID RAY WALLACE, | ) | |
| ID # 578382, | ) | |
| Movant, | ) | No. 3:07-CV-0177-R |
| vs. | ) | No. 3:02-CR-0328-R |
| | ) | ECF |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 8th day of March, 2007.

*Jerry Buchmeyer*
UNITED STATES DISTRICT JUDGE